

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN RE: DUMP BODIES, INC., | § | No. 08-23-00056-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

# **J U D G M E N T**

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Alyssa G. Perez, Judge of the 210th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied. We therefore deny the petition for writ of mandamus in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 8TH DAY OF JUNE, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.